ELLIS W. MORSE et al., Respondents, *v.* CANASAWACTA
· KNITTING COMPANY, Appellant.

*Morse* v. *Canasawacta Knitting Co.*, 154 App. Div. 351, affirmed.
(Argued March 15, 1915; decided April 13, 1915.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the third judicial department,
entered January 9, 1913, affirming a judgment in favor
of plaintiffs entered upon a decision of the court on trial
at Special Term in an action to recover for goods sold and
delivered. The defense set up a denial; cancellation of
the contract on the ground that the goods were not deliv-
ered within a reasonable time after the same were ordered,
and that the contract was one of sale, and void under the
Statute of Frauds.

*Ward N. Truesdell* for appellant.

*Peter J. McManus* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN,
CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.